Case 7:15-cv-00322 Document 14 Filed in TXSD on 06/22/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA E. GARCIA | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-322 |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |
|     Defendant | | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's action pursuant to 42 U.S.C. § 405(g), which motion had been referred to the Magistrate Court for a report and recommendation. On May 26, 2016, the Magistrate Court issued the Report and Recommendation, recommending that Plaintiff's Motion for Summary Judgment be denied, that Defendant's Motion for Summary Judgment be granted to the extent consistent with the findings and conclusions in the Report, and the Commissioner's final decision to deny benefits be affirmed. Also pending before the Court are Plaintiff's objections to the Report and Recommendations.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has conducted a de novo review of the Report and Recommendation. Finding no clearly erroneous error, the Court adopts the Report and Recommendation in its entirety. Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. Entry No. 6) is **DENIED**, Defendant's Motion for Summary Judgment (Dkt. Entry No. 8) is **GRANTED** to the extent consistent with the findings and conclusions in the Magistrate's Report, and the Commissioner's final decision to deny benefits is **AFFIRMED.**

SO ORDERED this 22nd day of June, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge